# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CRIMINAL 05-00206JMS-03

CASE NAME: United States of America vs. Kale Ornellas

ATTYS FOR PLA: Chris A. Thomas

ATTYS FOR DEFT: Richard L. Hoke, Jr.

INTERPRETER:

JUDGE: J. Michael Seabright    REPORTER: Sharon Ross

DATE: 9/28/2006    TIME: 11:10 - 11:50

COURT ACTION: Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present in custody with counsel Richard Hoke.

Defendant sworn. Questioned by Court.

Advised of his constitutional rights, provisions of the Sentencing Guidelines.

Court read the indictment to the defendant.

Advised of the maximum and minimum penalties provided by law.

Mr. Thomas recited the essential provisions of the plea agreement.
Memorandum of Plea Agreement filed.

Mr. Thomas summarized the government's evidence against the defendant.
The defendant admitted his involvement in this case.

Guilty plea entered to Count 1 of the Indictment. Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing set for Monday, March 5, 2007 at 1:30 p.m. before the Honorable J. Michael Seabright.

BAIL: Ordered that defendant continue to be detained.

Submitted by: Dottie Miwa, Courtroom Manager