PAVEY HOKE AND WATSON, LLC
RICHARD L. HOKE. JR.  2486
Century Square Suite 907
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-5927
Facsimile (808) 531-5315

Attorney for Defendant
KALE ORNELLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00206JMS-03 |
|---|---|
| Plaintiff, | ) DEFENDANT KALE ORNELLAS' SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | |
| KALE ORNELLAS,    (03 | |
| Defendant. | |

### DEFENDANT KALE ORNELLAS' SENTENCING STATEMENT

Comes Now Defendant KALE ORNELLAS, by and through his attorney, RICHARD L. HOKE, JR. to state that he has no objections, changes or additions to the proposed sentencing statement.

Defendant anticipates that the Government will file a Motion for Downward Departure pursuant to Rule 35 of the Federal Rules of Criminal Procedure and U.S.S.G. 5K1.1

Defendant respectfully requests that the Court sentence him at the lowest end of the final guidelines' level.

Dated: Honolulu, Hawaii. _Nov. 3, 2006_

_____
RICHARD L. HOKE, JR.
Attorney for KALE ORNELLAS

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the following individuals by hand delivery messenger or U.S. mail:

> MR. CHRIS THOMAS, ESQ.
> Assistant United States Attorney
> United States Attorney's Office
> Room 6100 PJKK Bldg
> 300 Ala Moana Blvd
> Honolulu Hawaii  96850
> Attorney for United States of America
>
>
> Adult Probation
> Attn: Malia Eversole
> Ground Floor
> Federal Court Building
> Honolulu Hawaii  96813

Dated: Honolulu, Hawaii. _Nov. 3, 2006_

_____
RICHARD L. HOKE, JR.